UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NASSIM HARAMEIN, §
    *Plaintiff*, §
§ No. 1:24-cv-775-KRS-JMR
v. §
§
RATIONALWIKI FOUNDATION, INC. §
d/b/a RATIONALMEDIA FOUNDATION, §
TRENT TOULOUSE, JOHN DOES 1-7 §
and JOHN DOES 8-1000, §
    *Defendants*. §
§

## PROOF OF SERVICE

I HEREBY CERTIFY that on August 8, 2024, in accordance with FRCP 4(h)(1)(A) and NMRA 1-004(E)(3), I caused to be served upon Defendant RationalWiki Foundation, Inc., a true and correct copy of the summons and complaint in this case, at its mailing address as follows:

    RationalWiki Foundation, Inc.
    1209 Mountain Rd Pl NE
    Albuquerque, NM 87110

A true and correct copy of proof of mailing and return USPS signature card signed by the above-named Defendant's agent are attached hereto as **Exhibit A**.

                                                          Respectfully submitted,

                                                          By: *s/ Aaron Cress*
                                                          Aaron T. Cress, Esq
                                                          LATE NIGHT LAW
                                                          12231 Academy Rd NE 301-274
DATED: August 14, 2024                         Albuquerque, NM 87111
                                                        (505) 225-2623
                                                          aaron@latenightlaw.com

                                                          *Attorney for Plaintiff Nassim Haramein*

1

Haramein EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Albuquerque, NM 87110

Certified Mail Fee $4.85
$ $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.31
$
Total Postage and Fees
$ $11.26

Postmark Here
AUG 07 2024
08/07/2024

Sent To RATIONAL WIKI FDN, INC.
Street and Apt. No., or PO Box No. 1209 MOUNTAIN RD PL NE
City, State, ZIP+4® ALBUQUERQUE NM 87110

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 2024 3271 15

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RATIONAL WIKI FDN., INC.
1209 MOUNTAIN RD PL NE
ALB., NM 87110

9590 9402 8611 3244 8621 62

2. Article Number (Transfer from service label)
9589 0710 5270 2024 3271 15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mandy Atlas*   ☒ Agent
              ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Mandy Atlas                    8/8/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt